# U.S. District Court
# Western District of Missouri (Springfield)
# CRIMINAL DOCKET FOR CASE #: 6:21−mj−02045−DPR−1

Case title: USA v. Wilson

Date Filed: 08/18/2021

---

Assigned to: Magistrate Judge David P. Rush

**Defendant (1)**

**Kelsey Leigh Ann Wilson**  represented by  **Ian A. Lewis**
Federal Public Defender's Office − Springfield
901 St. Louis Street
Suite 801
Springfield, MO 65806
(417) 873−9022
Fax: (417) 873−9038
Email: ian_lewis@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment
Bar Status: Active

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1752.P Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority. | |

**Plaintiff**

**USA**       represented by    **James Joseph Kelleher**
United States Attorney's Office−Spgfd
901 St. Louis Street
Suite 500
Springfield, MO 65806−2511
(417) 831−4406
Email: James.Kelleher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/18/2021 | 1 | | RULE 5 as to Kelsey Leigh Ann Wilson (1). (Attachments: # 1 Exhibit Warrant) (Keller, Jeanne) (Entered: 08/18/2021) |
| 08/18/2021 | 2 | | NOTICE OF HEARING as to Kelsey Leigh Ann Wilson. This is the official notice for this hearing. Initial Appearance − Rule 5 set for 8/18/2021 01:30 PM in MJ Courtroom, Springfield (DPR) before Magistrate Judge David P. Rush.Signed on 8/18/2021 by Magistrate Judge David P. Rush. This is a TEXT ONLY ENTRY. No document is attached. (Keller, Jeanne) (Entered: 08/18/2021) |
| 08/18/2021 | 4 | | BOND REPORT as to Kelsey Leigh Ann Wilson. Document is available to applicable parties only. Authorized users enter PACER login and password first for authentication. (Prewitt, Jessica) (Entered: 08/18/2021) |
| 08/18/2021 | 5 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Kelsey Leigh Ann Wilson. Signed on 8/18/2021 by Magistrate Judge David P. Rush.(Keller, Jeanne) (Entered: 08/18/2021) |
| 08/18/2021 | 6 | | WAIVER of Rule 5(c)(3) Hearings by Kelsey Leigh Ann Wilson (Keller, Jeanne) (Entered: 08/18/2021) |
| 08/18/2021 | 7 | | APPEARANCE BOND ENTERED as to Kelsey Leigh Ann Wilson. (Keller, Jeanne) (Entered: 08/18/2021) |
| 08/18/2021 | 8 | | ORDER setting conditions of release as to Kelsey Leigh Ann Wilson. Defendant released on a personal recognizance bond. Signed on 8/18/2021 by Magistrate Judge David P. Rush.(Keller, Jeanne) (Entered: 08/18/2021) |

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00543 |
| | ) Assigned to: Judge Faruqui, Zia M. |
| Kelsey Leigh Ann Wilson | ) Assign Date: 8/2/2021 |
| DOB: 09/18/1991 | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct on Capitol Grounds, |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Complainant's signature_

Cameron Heath, Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/02/2021

2021.08.02
18:54:48 -04'00'
_Judge's signature_

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Kelsey Leigh Ann Wilson<br><br>*Defendant* | Case: 1:21-mj-00543<br>Assigned to: Judge Faruqui, Zia M.<br>Assign Date: 8/2/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Kelsey Leigh Ann Wilson_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 08/02/2021

Issuing officer's signature: 2021.08.02 18:55:12 -04'00'

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

Arresting officer's signature

Printed name and title

```
MIME-Version:1.0
From:ecfMOW.notification@mow.uscourts.gov
To:cmecf_atynotifications@mow.uscourts.gov
Bcc:
--Case Participants: James Joseph Kelleher (brandy.severance@usdoj.gov,
caseview.ecf@usdoj.gov, james.kelleher@usdoj.gov)
--Non Case Participants: MarshalsAllDist (usmsmow.ecfnotice@usdoj.gov), Pretrial -
Jefferson City (mow_pts_jc_cmecf@mow.uscourts.gov), Pretrial - Kansas City
(mow_pts_kc_cmecf@mow.uscourts.gov), ProbationAll (mow_dqa@mow.uscourts.gov)
--No Notice Sent:

Message-Id:7505613@mow.uscourts.gov
Subject:Activity in Case 6:21-mj-02045-DPR USA v. Wilson Notice of Hearing
Content-Type: text/html
```

# U.S. District Court

# Western District of Missouri

## Notice of Electronic Filing

The following transaction was entered on 8/18/2021 at 11:57 AM CDT and filed on 8/18/2021

| | |
|---|---|
| **Case Name:** | USA v. Wilson |
| **Case Number:** | 6:21−mj−02045−DPR |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
 **NOTICE OF HEARING as to Kelsey Leigh Ann Wilson. This is the official notice for this hearing. Initial Appearance − Rule 5 set for 8/18/2021 01:30 PM in MJ Courtroom, Springfield (DPR) before Magistrate Judge David P. Rush.Signed on 8/18/2021 by Magistrate Judge David P. Rush. This is a TEXT ONLY ENTRY. No document is attached. (Keller, Jeanne)**


**6:21−mj−02045−DPR−1 Notice has been electronically mailed to:**

James Joseph Kelleher     James.Kelleher@usdoj.gov, Brandy.Severance@usdoj.gov, CaseView.ECF@usdoj.gov

**6:21−mj−02045−DPR−1 It is the filer's responsibility for noticing the following parties by other means:**

The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential as provided in Title 18 U.S.C. § 3153(c)(1).

# PRETRIAL SERVICES REPORT

| District/Office<br>Western District Of Missouri/Springfield<br>Judicial Officer<br>Honorable David P. Rush<br>Chief U.S. Magistrate Judge<br>Docket Number (Year – Sequence No. – Def. No.)<br>0866 6:21-02045R-001 | Charge(s) (Title, Section, and Description)<br>**Rule 5:** District of Columbia<br>Case No. 1:21-mj-00543<br><br>**Count 1:** Title 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority.<br>**Count 2:** Title 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br>**Count 3:** Title 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building<br>**Count 4:** Title 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building |
|---|---|

## DEFENDANT

| Name<br>Wilson**,** Kelsey Leigh Ann<br>Other Names on Charging Document | Employer/School<br>Dayspring Christian School |
|---|---|
| Address<br>801 North Main Avenue<br>Springfield, MO 65802<br>(417) 669-5930 | Employer/School Address<br>2157 North Prospect Avenue<br><br>Springfield, MO 65803 |
| At Address Since<br>04/01/2021 | Time in Community of Residence<br>life | Monthly Income<br>$1,100 | Time with Employer/School<br>1 month, 17 days |

**INTRODUCTION:**

The defendant self-surrendered on August 18, 2021, and made her initial appearance before Your Honor in the Western District of Missouri that same day. The defendant appeared with appointed counsel, waived her identity hearing, and was released on personal recognizance bond with supervision by U.S. Pretrial Services.

The defendant is charged in a Criminal Complaint, filed in the District of Columbia, with the above-listed misdemeanor offenses related to her alleged activity at the U.S. Capitol on January 6, 2021.

The defendant consented to a prebail interview on August 18, 2021, while in the U.S. Marshals holding facility in Springfield, Missouri. She was cooperative throughout the process. Contact was made with the defendant's husband, Zachary Wilson, in order to verify the defendant's personal information.

**DEFENDANT HISTORY / RESIDENCE / FAMILY TIES:**

The defendant, age 29, advised she was born on September 18, 1991 in Springfield, Missouri to the marital union of Jeff Holloway and Karen Chapman. The defendant's parents separated many years ago, and their divorce was finalized last year. The defendant reported having no contact with her father for the past three years, and noted that he is homeless. The defendant maintains weekly contact with her mother, who lives in Monett, Missouri. The defendant has two younger siblings of which she maintains weekly contact. Gunner Holloway (age 24), and Kourtney Cook (age 27), both of whom live in Monett, Missouri. The defendant attended Monett High School in Monett, Missouri, where she graduated in 2010. She has lived in southwest Missouri her entire life, and noted she has lived at the above address since April 1, 2021.

The defendant has been married to Zachary Wilson since December 2012. They have two sons, Jaxon Wilson (age 7), and Bryten Wilson (age 6), both of whom live with the defendant and her husband. Zachary is currently being supervised by pretrial services for similar federal charges.

The defendant reported she does not have a U.S. passport and has never traveled outside of the United States.

While on bond, the defendant will return to her residence in Springfield, Missouri. She indicated she does not own any firearms, nor does she have any dangerous weapons in her home. She has two dogs, but noted they are friendly.

Mr. Wilson verified the information contained in this section.

**EMPLOYMENT HISTORY / FINANCIAL RESOURCES:**

**Employed/Unemployed History:**

| Start Date | End Date | Employer Name/ Unemployed | Address | Monthly Income | Time in Status/ Hours a Week |
|---|---|---|---|---|---|
| 07/01/2021 | | Dayspring Christian School | 2157 North Prospect Avenue Springfield, MO 65803 | $1,100.00 | 1 month, 17 days/ 40.00 |

The defendant advised she is a first grade teacher, and believes her employment will be terminated following her arrest. She reported fulltime employment from March 2021 to July 2021 at J.P. Chase, where she earned $17.00 an hour. She reported fulltime employment from February 2015 to January 2021 at Jack Henry, where she earned $17 an hour. She noted no other employment and indicated she was a homemaker. Mr. Wilson verified the information contained in this section.

**Finances:**

| Assets | Amount | Liabilities | Amount |
|---|---|---|---|
| Personal Savings Account | $2,000.00 | 2010 Chevy Traverse | $9,000.00 |
| 2007 Dodge Durango | $500.00 | | |
| 2010 Chevy Traverse | $6,000.00 | | |
| | | | |
| Total | $8,500.00 | Total | $9,000.00 |
| **Estimated Net Worth: ($500)** | | | |

| Monthly Income | Amount | Expenses | Amount |
|---|---:|---|---:|
| Salary | $1,100.00 | Auto Insurance | $189.00 |
| Spouse Income | $4,000.00 | Home/Mortgage | $1,115.00 |
| | | Utilities | $253.00 |
| | | Groceries and Supplies | $800.00 |
| | | Child Care/Schooling | $600.00 |
| | | Loan Payment | $432.00 |
| | | | |
| **Total** | $5,100.00 | **Total** | $3,389.00 |
| **Estimated Monthly Cash Flow: $1,711** | | | |

Mr. Wilson verified the information contained in this section.

### HEALTH:

### Physical Health:

The defendant stated she is in excellent physical health with no medical problems reported. She reported she does not take any medication.

### Mental Health and Substance Abuse:

The defendant indicated no history of mental health treatment, substance abuse history, or substance abuse treatment. She advised she has not consumed alcohol in eight years.

The information contained in the **Health** section was verified by Mr. Wilson.

### PRIOR RECORD:

The defendant reported no criminal history. A criminal record check conducted through the National Crime Information Center (NCIC), state, and local records revealed no criminal history for the defendant.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 6:21-mj-2045-DPR |
| KELSEY LEIGH ANN WILSON, | ) ) | Charging Dist. Case No: |
| Defendant. | ) | 1:21-mj-543 |

## ORDER APPOINTING COUNSEL

IT IS ORDERED that the Federal Public Defenders' Office for the Western District of Missouri be, and it is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by Order of the United States District Court for the Western District of Missouri.

                                                                        */s/ David P. Rush*
                                                                        DAVID P. RUSH
                                                                        United States Magistrate Judge

Date: August 18, 2021

# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 21-mj-2045DPR |
| | ) | |
| Kelsey Leigh Ann Wilson | ) | Charging District's Case No. 1:21-mj-543 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/18/2021

*Kelsey Wilson*
Defendant's signature

*[signature]*
Signature of defendant's attorney

Tara A. Lewis
Printed name of defendant's attorney

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>**Kelsey Leigh Ann Wilson**<br>_____<br>*Defendant* | )<br>)<br>) Case No. 6:21-mj-2045-DPR<br>)<br>) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____**Kelsey Leigh Ann Wilson**_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____ .

(   ) (3) This is a secured bond of $ _____ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
    *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 08/18/2021

*/s/ Kelsey Wilson*
Defendant's signature

_____     _____
Surety/property owner – printed name     Surety/property owner – signature and date

_____     _____
Surety/property owner – printed name     Surety/property owner – signature and date

_____     _____
Surety/property owner – printed name     Surety/property owner – signature and date

CLERK OF COURT

Date: _____            _____
                                 Signature of Clerk or Deputy Clerk

Approved.

Date: 08/18/2021                 */s/ Daniel P. Irick*
                                 Judge's signature

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>Kelsey Leigh Ann Wilson<br><br>*Defendant* | )<br>)<br>)  Case No.  6:21-mj-2045-DPR<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: __D.C. Court__
*Place*

on __8/24/2021 @ 12 CST  Via ZOOM__
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
        *Custodian*                  *Date*

( ☑ ) (7) The defendant must:
 ( ☑ ) (a) submit to supervision by and report for supervision to the  Pretrial Services Office as directed .
          telephone number _____ , no later than _____ .
 ( ☑ ) (b) continue or actively seek employment.
 ( ☐ ) (c) continue or start an education program.
 ( ☐ ) (d) surrender any passport to: _____
 ( ☐ ) (e) not obtain a passport or other international travel document.
 ( ☑ ) (f) abide by the following restrictions on personal association, residence, or travel:  Western District of Missouri, unless otherwise approved by Pretrial Services; No travel to DC area unless for Court proceedings and/or to meet with counsel.
 ( ☑ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
 ( ☐ ) (h) get medical or psychiatric treatment: _____
 ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
 ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
 ( ☑ ) (k) not possess a firearm, destructive device, or other weapon.
 ( ☑ ) (l) not use alcohol ( ☐ ) at all ( ☑ ) excessively.
 ( ☑ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
 ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
 ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
 ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
    ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
    ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
    ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
    **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
 ( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:

## ADDITIONAL CONDITIONS OF RELEASE

- ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (ii) Voice Recognition; or
- ( ☐ ) (iii) Radio Frequency; or
- ( ☐ ) (iv) GPS.
- ( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.
- ( ✓ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- ( ✓ ) (t) Report to pretrial services prior to any scheduled court appearance.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Kelsey Welsan*
Defendant's Signature

801 N Main Ave Springfield, mo 65802
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 8/18/2021

*David P. Rush*
Judicial Officer's Signature

Chief U.S. Magistrate Judge David P. Rush
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL